IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID BALL                                                                                          PLAINTIFF

         v.                         Civil No. 4:15-cv-04065

SHERIFF JAMES SINGLETON;
NURSE LORI ROOK; OFFICER
SPENCE McMORRIS; OFFICER
JUSTIN SCHOBEY; and HEMPSTEAD
COUNTY QUORUM COURT                                                                    DEFENDANTS

## ORDER

Plaintiff has filed a Motion (ECF No. 7) to correct the last name of the Defendant listed as Justin Shobey. The correct spelling of his last name is Schobey. The Motion (ECF No. 7) is **GRANTED.** The Clerk is directed to note this on the docket sheet.

The Plaintiff has also filed a Motion for Service (ECF No. 8). The Motion (ECF No. 8) is **GRANTED in part and DENIED in part.** The Hempstead County Quorum Court will not be served. The Plaintiff has named Sheriff James Singleton as a Defendant in his official capacity. This is the equivalent of naming Hempstead County as a Defendant. It would therefore be duplicative to also serve the Quorum Court. The Clerk is directed to terminate the Hempstead County Quorum Court as a Defendant.

The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* and directing the Clerk to file the complaint, hereby directs the United States Marshal to serve the Defendants Sheriff Singleton, Nurse Rook, Officer McMorris and Officer Schobey. The Defendants may be served at the Hempstead County Detention Facility, 312 South Washington Street, Hope, AR 71801.

Defendants are to be served without prepayment of fees and costs or security therefor. The Defendants are ordered to answer within twenty-one (21) days from the date of service.

**The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.**

IT IS SO ORDERED this 5th day of October 2015.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE