IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**DAVID BALL**                                                                                                                                  **PLAINTIFF**

**V.**                                                **Civil No. 4:15-CV-4065**

**JAMES SINGLETON, ET AL**                                                                       **DEFENDANTS**

## ORDER

Plaintiff David Ball proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 matter. Currently before the Court are Plaintiff's: (1) Motion to Make Speedy Judgment (ECF No. 11); (2) Motion to Subpoena/Request Documents (ECF No. 16); (3) Motion to Subpoena/Request Documents (ECF No. 17); (4) Motion to Subpoena/Request Documents (ECF No. 18); and (5) Plaintiff's Motion to Set Trial Dates (ECF No. 23). The Court will address each motion separately.

1. <u>Motion to Make Speedy Judgment (ECF No. 11)</u>

Plaintiff filed his Motion to Make Speedy Judgment on October 7, 2015. He claims he has filed three motions that have not been ruled on by the Court: Motion to Appoint Counsel (ECF No. 6), Motion to Correct Spelling (ECF No. 7) and Motion for Service (ECF No. 8).

Plaintiff's Motion to Appoint Counsel was denied on October 5, 2015 pursuant to a Text Only Order. Plaintiff's Motion to Correct Spelling (ECF No. 7) was granted on October 5, 2015 (ECF No. 9). Plaintiff's Motion for Service (ECF No. 8) was granted in part and denied in part on October 5, 2015 (ECF No. 9).

Accordingly, Plaintiff's Motion to Make Speedy Judgment (ECF No. 11) is **DENIED** as moot**.**

2.     Motion to Subpoena/Request Documents (ECF No. 16)

Plaintiff filed his Motion to Subpoena/Request Documents (ECF No. 16) on November 9, 2015. In this Motion Plaintiff requests "all Records from consolidaed Care Inc. at 103 Maple Street, Bellefontaine, Ohio 43311." Plaintiff has failed to provide the Court with enough information to issue a subpoena. At a minimum Plaintiff must specify the individual for whom the records are being requested, state the actual dates on which any treatment or related incident occurred, and indicate how these documents relate to Plaintiff's case.

Accordingly, Plaintiff's Motion to Subpoena/Request Document (ECF No. 16) is **DENIED**.

3.     Motion to Subpoena/Request Documents (ECF No. 17)

Plaintiff filed his Motion to Subpoena/Request Documents (ECF No. 17) on November 9, 2015. In this Motion Plaintiff requests "all Records From St. Michael's Hospital at 401 East Street, Texarkana, AR 71854." ECF No. 17. Plaintiff has failed to provide the Court with enough information to issue a subpoena. At a minimum Plaintiff must specify the individual for whom the records are being requested, state the actual dates on which any treatment or related incident occurred, and indicate how these documents relate to Plaintiff's case.

Accordingly, Plaintiff's Motion to Subpoena/Request Document (ECF No. 17) is **DENIED**.

4.     Motion to Subpoena/Request Documents (ECF No. 18)

Plaintiff filed his Motion to Subpoena/Request Documents (ECF No. 18) on November 9, 2015. In this Motion Plaintiff requests "Documents from City Tele Coin Inc., 4501 Milenina Street, Bossier City, LA 7111 that are dated 6-30-15 and is a Greiveance System from the visitation

Kiosk." ECF No.18. Plaintiff has failed to provide the Court with enough information to issue a subpoena. At a minimum Plaintiff must identify who "City Tele Coin Inc." is and identify the facility for which they provide services, specify the individual for whom the records are being requested, and indicate how these documents relate to Plaintiff's case.

Accordingly, Plaintiff's Motion to Subpoena/Request Document (ECF No. 18) is **DENIED**.

5.  Motion to Set Trial Dates (ECF No. 23)

Plaintiff filed his Motion to Set Trial Dated (ECF No. 23) on January 4, 2016 and requested "the court to set Trial Dates". On January 13, 2016 I entered an Initial Scheduling Order in this matter setting deadlines for disclosures, discovery, motions for summary judgment, and set a date for a hearing – May 12, 2016 – for a motion for summary judgment. It is premature at this time to set a date for trial.

Accordingly, Plaintiff's Motion to Set Trial Dates (ECF No. 23) is **DENIED.**

**IT IS SO ORDERED the 16th day of March 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE